UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-6001**

Case Title: **US Framing International LLC** vs. **Continental Building Company**

List all clients you represent in this appeal:

**Continental Building Company**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Richard D. Kalson**   Signature: s/ **Richard D. Kalson**

Firm Name: **Benesch Friedlander Coplan & Aronoff LLP**

Business Address: **1155 Avenue of the Americas, 26th Floor**

City/State/Zip: **New York, New York  10036**

Telephone Number (Area Code): **6142239380**

Email Address: **RKalson@beneschlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.